IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

G. SING. LOUIE,

      Plaintiff,                                 No. 2:10-cv-02113 LKK KJN PS

      v.

DIALYSIS CLINIC, Inc., a Non-Profit Corporation, 1771 Stockton Blvd., Sacramento, CA,

      Defendants.                            ORDER

/

        This matter proceeds before the undersigned magistrate judge because plaintiff G. Sing Louie, the only plaintiff in this action, was, until recently, proceeding without counsel. See E. Dist. Local Rule 302(c)(21). On November 6, 2010, plaintiff filed a notice of proposed substitution of attorney, which indicates that plaintiff is now represented by counsel, attorney Keith D. Cable. (Dkt. No. 11.) The undersigned has approved the proposed substitution of attorney by separate order. Because plaintiff is represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the United States District Judge assigned to this action. See E. Dist. Local Rule 302(c)(21).

        Accordingly, it is hereby ORDERED that:

        1.     This matter is referred to the United States District Judge assigned to this

1

1 | action.  E. Dist. Local Rule 302(c)(21).

2 |     2.    All dates pending before the undersigned, including the Status (Pretrial

3 | Scheduling) Conference presently set for February 17, 2011, are vacated; and

4 |     3.    Henceforth the caption on documents filed in this action shall be

5 | No. 2:10-cv-02113 LKK KJN.

6 |     IT IS SO ORDERED.

7 | DATED:  November 8, 2010

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE