UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>  Plaintiff,<br><br>  v.<br><br>THOMAS DEPNER, et al.<br><br>  Defendants. | Case No. 2:10-CV-2106 JAM-KJN<br><br>**NOTICE OF RELATED CASES** |
| G. SING LOUIE,<br><br>  Plaintiff,<br><br>  v.<br><br>DIALYSIS CLINIC, INC., ELENA SADUR and LESLIE WOLF,<br><br>  Defendants. | Case No. 2:10-cv-2113 LKK-KJN |
| G. SING LOUIE,<br><br>  Plaintiff,<br><br>  v.<br><br>DIALYSIS CLINIC, INC., ELENA SADUR, and LESLIE WOLF,<br><br>  Defendants. | Case No. 2:10-cv-2366 JAM-KJN |

///

```
 1  GEORGE S. LOUIE,                    )
                                        )
 2                  Plaintiff,          )
                                        )
 3      v.                              )
                                        )
 4  CALIFORNIA JUDICIAL COUNCIL,        )
    et al.,                             )   Case No. 2:10-cv-2530 LKK-EFB
 5                                      )
                    Defendants.         )
 6  _____)
                                        )
 7  GEORGE S. LOUIE,                    )
                                        )
 8                  Plaintiff,          )   Case No. 2:11-cv-0074 JAM-EFB
                                        )
 9      v.                              )
                                        )
10  VOLVO-CALIFORNIA SWEDISH, et al.,   )
                                        )
11                  Defendants.         )
    _____)
12                                      )
    GEORGE S. LOUIE,                    )
13                                      )
                    Plaintiff,          )   Case No. 2:11-cv-0107 JAM-CKD
14                                      )
        v.                              )
15                                      )
    KIM SPINELLA, et al.,               )
16                                      )
                    Defendants.         )
17  _____)
                                        )
18  GEORGE S. LOUIE,                    )
                                        )
19                  Plaintiff,          )   Case No. 2:11-cv-0108 MCE-EFB
                                        )
20      v.                              )
                                        )
21  STOMER FAMILY 2000 REVOCABLE        )
    TRUST, et al.,                      )
22                                      )
                    Defendants.         )
23  _____)

24  ///

25  ////

26  ////

27  ////

28  ///
```

2

```
GEORGE S. LOUIE,                    )
                                    )
            Plaintiff,              )
                                    )   Case No. 2:011-cv-0882 JAM-EFB
     v.                             )
                                    )
ADAM RAMIREZ dba RAMIREZ TOWING,    )
et al.,                             )
                                    )
            Defendants.             )
_____)
                                    )
GEORGE S. LOUIE,                    )
                                    )
            Plaintiff,              )   Case No. 2:11-cv-0883 KJM-GGH PS
                                    )
     v.                             )
                                    )
DON JOHNSON,                        )
                                    )
            Defendant.              )
_____)
                                    )
GEORGE S. LOUIE,                    )
                                    )
            Plaintiff,              )   Case No. 2:11-cv-0884 MCE-JFM
                                    )
     v.                             )
                                    )
PRAFULBHAI & JYOTSANABEN PATEL dba  )
HOTELPLAZA, et al.,                 )
                                    )
            Defendants.             )
_____)
                                    )
GEORGE S. LOUIE,                    )
                                    )
            Plaintiff,              )   Case No. 2:11-cv-0885 JAM-GGH
                                    )
     v.                             )
                                    )
STOCKTON BLVD. STORE, LLC. dba      )
MINI STORE, et al.,                 )
                                    )
            Defendants.             )
_____)
```

   Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of

3

1  judicial effort and is also likely to be convenient for the
2  parties.
3      The parties should be aware that relating the cases under
4  Local Rule 123 merely has the result that these actions are
5  assigned to the same judge and magistrate judge; no consolidation
6  of the actions is effected.  Under the regular practice of this
7  court, related cases are generally assigned to the judge and
8  magistrate judge to whom the first filed action was assigned.
9      IT IS THEREFORE ORDERED that the actions denominated
10 2:10-CV-2113-LKK-KJN, 2:10-CV-2530-LKK-EFB, 2:11-CV-0108-MCE-EFB,
11 2:11-CV-0883-KJM-GGH and 2:11-CV-0884-MCE-JFM be reassigned to
12 Judge John A. Mendez and Magistrate Judge Kendall J. Newman for all
13 further proceedings, and any dates currently set in these
14 reassigned cases only are hereby VACATED.  Henceforth, the case
15 numbers on documents filed in the reassigned cases shall be shown
16 as 2:10-CV-2113-JAM-KJN, 2:10-CV-2530-JAM-KJN, 2:11-CV-0108-JAM-
17 KJN, 2:11-CV-0883-JAM-KJN and 2:11-CV-0884-JAM-KJN.
18     IT IS FURTHER ORDERED that the Clerk of the Court make
19 appropriate adjustment in the assignment of civil cases to
20 compensate for this reassignment.
21     IT IS SO ORDERED.
22 Dated: September 21, 2011

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE